

# United States District Court
# Eastern District of California

| Golden Bear Management Corp., et al. |

Plaintiff(s)

Case Number: 2:22-cv-02097-JAM-DB

V.

| Certain Underwriters at Lloyd's London, etc., |

Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, George S. McCall hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Golden Bear Management Corporation and Delta Adjusting Company

On November 11, 1977 (date), I was admitted to practice and presently in good standing in the State Bar of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: February 2, 2023

Signature of Applicant: /s/ *George McCall*

**Pro Hac Vice Attorney**

Applicant's Name: George S. McCall
Law Firm Name: Faegre Drinker Biddle & Reath LLP
Address: 1717 Main Street, Suite 5400
City: Dallas  State: TX  Zip: 75201
Phone Number w/Area Code: (469) 357-2500
City and State of Residence: Dallas, TX
Primary E-mail Address: george.mccall@faegredrinker.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ryan M. Salzman
Law Firm Name: Faegre Drinker Biddle & Reath LLP
Address: 1800 Century Park East, Suite 1500
City: Los Angeles  State: CA  Zip: 90067
Phone Number w/Area Code: (310) 203-4000  Bar #: 299923

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 3, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE