

United States District Court
Eastern District of California

| Golden Bear Management Corp., et al. | | Case Number: | 2:22-cv-02097-JAM-DB |

Plaintiff(s)

V.

Certain Underwriters at Lloyd's London, etc.,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Sondra Sylva__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: __Golden Bear Management Corporation and Delta Adjusting Company__

On __11/02/2001__ (date), I was admitted to practice and presently in good standing in the __State Bar of Texas__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __05/07/2024__   Signature of Applicant: /s/ __Sondra Sylva__

**Pro Hac Vice Attorney**

Applicant's Name: Sondra Sylva

Law Firm Name: Phelps Dunbar, LLP

Address: 2102 E State Hwy 114 Suite 207

City: Southlake   State: TX   Zip: 76092

Phone Number w/Area Code: _____

City and State of Residence: Southlake, TX

Primary E-mail Address: sondra.sylva@phelps.com

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Susan Ly

Law Firm Name: Faegre Drinker Biddle & Reath LLP

Address: 1800 Century Park East, Suite 1500

City: Los Angeles   State: CA   Zip: 90067

Phone Number w/Area Code: (310) 203-4000   Bar # 323695

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 08, 2024           /s/ John A. Mendez
                              JUDGE, U.S. DISTRICT COURT