FAEGRE DRINKER BIDDLE & REATH LLP
Susan Y. Ly (SBN 323695)
susan.ly@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:     +1 310 203 4000
Facsimile:      +1 310 229 1285

PHELPS DUNBAR LLP
George S. McCall (*Pro Hac Vice*)
Sondra Sylva (*Pro Hac Vice*)
george.mccall@phelps.com
2102 E State Hwy 114 Suite 207
Southlake, Texas 76092
Telephone:     +1 817 722 9450

Attorneys for Plaintiffs
GOLDEN BEAR MANAGEMENT CORPORATION
AND DELTA ADJUSTING COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BEAR MANAGEMENT CORPORATION AND DELTA ADJUSTING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 50006700119,<br><br>Defendant. | Case No. 2:22-cv-02097 JAM-DB<br><br>JOINT MID-LITIGATION STATEMENT AND STIPULATION TO EXTEND DISCOVERY DEADLINE<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Case No. 2:22-cv-02097 JAM-DB

Plaintiffs Golden Bear Management Corporation and Delta Adjusting Company and Defendant Certain Underwriters at Lloyd's London, Subscribing to Policy No. 50006700119 submit the following mid-litigation statement.

1. Lead counsel for Plaintiffs recently changed law firms. Counsel's new law firm, Phelps Dunbar, has a conflict with certain of the Defendant Underwriters, and therefore cannot continue to represent Plaintiffs in this action. Plaintiffs have been diligently working to obtain new counsel, and anticipate filing substitutions of counsel shortly.

2. In light of the conflict, the Parties have halted discovery until Plaintiffs have obtained new counsel.

3. Because the deadline to complete discovery is currently set for June 21, 2024, the Parties informed the Courtroom Deputy of the issue by emails dated May 24, 2024 prior to filing anything with the Court, as directed by the Court's order dated July 12, 2023. [Dkt. 18]. The Parties have now agreed to extend the deadline to complete all pending discovery by 30 days, and seek Court approval of that agreed-to extension. This is the first request to extend the deadline.

WHEREAS, as required by the Court's order dated July 12, 2023, the Parties state that Plaintiffs have filed a motion to amend the pleadings, which is fully briefed, and which the Court has indicated it will rule on without oral argument. The Parties further anticipate that they may file motions for summary judgment.

**THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

The deadline for completing pending discovery, currently set for June 21, 2024, shall be extended up to and including July 22, 2024.

Respectfully submitted,

Dated: June 17, 2024					FAEGRE DRINKER BIDDLE & REATH LLP

						By:	*/s/ Susan Y. Ly*
							Susan Y. Ly

						Attorneys for Plaintiffs
						GOLDEN BEAR MANAGEMENT
						CORPORATION and DELTA ADJUSTING
						COMPANY

| | |
|---|---|
| Dated: June 10, 2024 | LEHAVI STARGARDTER, LLP |
| | By: */s/ Limor Lehavi* (as authorized on June 8, 2024) |
| |     Limor Lehavi |
| | Attorneys for Defendant |
| | CERTAIN UNDERWRITERS AT LLOYD'S LONDON |

# ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Deadline |
|---|---|
| Discovery Cutoff Date | **07/26/2024** |
| Dispositive Motion Filing Deadline | **09/20/2024** |
| Dispositive Motion Hearing | **11/19/2024, at 01:00 p.m.**[1] |
| Joint Pretrial Statement | **01/09/2025** |
| Final pretrial conference | **01/17/2025, at 10:00 a.m.** |
| Jury Trial (2-3 Days) | **03/03/2025, at 9:00 a.m.** |

All other instructions contained in the July 12, 2023 Pretrial Scheduling Order (ECF No. 18) shall remain in effect.

**IT IS SO ORDERED**.

Dated: June 17, 2024             /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.