Michael D. Prough (No. 168741)
mdp@proughlaw.com
Yas-Banoo Omidi (No. 254962)
yo@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA  94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Plaintiffs GOLDEN BEAR
MANAGEMENT CORPORATION and
DELTA ADJUSTING COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BEAR MANAGEMENT CORPORATION; DELTA ADJUSTING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 50006700119,<br><br>Defendant. | Case No.  2:22-cv-02097-JAM-DB<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the Court, Golden Bear Management Corporation and Delta Adjusting Company substitutes Michael D. Prough, State Bar No. 168741, and Yas-Banoo Omidi, State Bar No. 254962, as counsel of record in place of **George McCall of Phelps Dunbar LLP.**

Contact Information for new counsel is as follows:
<u>Firm Name</u>:   Prough Law, APC
<u>Address</u>:       1550 Parkside Dr. Ste. 200
                     Walnut Creek, CA 954596

<u>Telephone</u>:   (925) 433-5894     <u>Facsimile</u>:    (925) 482-0929
<u>Email</u>:          mdp@proughlaw.com
                     yo@proughlaw.com

I consent to the above substitution:   /s/ Henry Su

Date:   June 14, 2024   Henry Su for Golden Bear Management and
Corporation and Delta Adjusting Company
(Signature of Parties)

I consent to being substituted.   /s/ George McCall (as authorized on 6/14/2024)

Date:   June 14, 2024   George McCall (admitted phv)
(Signature of Former Attorney)

I consent to the above substitution.   /s/ Michael D. Prough

Date:   June 14, 2024   Michael D. Prough
(Signature of New Attorney)

I consent to the above substitution.   /s/ Yas-Banoo Omidi (as authorized on 6/14/2024)

Date:   June 14, 2024   Yas-Banoo Omidi
(Signature of New Attorney)

The substitution of attorney is hereby **APPROVED** and so **ORDERED**.

Dated: June 21, 2024   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE