Michael D. Prough (No. 168741)
mdp@proughlaw.com
Yas-Banoo Omidi (No. 254962)
yo@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA 94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Plaintiffs GOLDEN BEAR
MANAGEMENT CORPORATION and
DELTA ADJUSTING COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BEAR MANAGEMENT CORPORATION; DELTA ADJUSTING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 50006700119,<br><br>Defendant. | Case No.  2:22-cv-02097-JAM-DB<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the Court, Golden Bear Management Corporation and Delta Adjusting Company substitutes Michael D. Prough, State Bar No. 168741, and Yas-Banoo Omidi, State Bar No. 254962, as counsel of record in place of **Susan Ly of Faegre Drinker Biddle & Reath**.

Contact Information for new counsel is as follows:

<u>Firm Name</u>: Prough Law, APC
<u>Address</u>:  1550 Parkside Dr. Ste. 200
              Walnut Creek, CA 954596

<u>Telephone</u>:  (925) 433-5894       <u>Facsimile</u>:   (925) 482-0929
<u>Email</u>:      mdp@proughlaw.com
             yo@proughlaw.com

| | | |
|---|---|---|
| 1 | I consent to the above substitution: | /s/ Henry Su |
| 2 | Date:   June 14, 2024 | Henry Su for Golden Bear Management and Corporation and Delta Adjusting Company |
| 3 | | (Signature of Parties) |

I consent to being substituted.    /s/ Susan Ly (as authorized on 6/13/2024)

Date:   June 13, 2024                Susan Ly
                                     (Signature of Former Attorney)

I consent to the above substitution.    /s/ Michael D. Prough

Date:   June 14, 2024                Michael D. Prough
                                     (Signature of New Attorney)

I consent to the above substitution.    /s/ Yas-Banoo Omidi (as authorized on 6/14/2024)

Date:   June 14, 2024                Yas-Banoo Omidi
                                     (Signature of New Attorney)

The substitution of attorney is hereby **APPROVED** and so **ORDERED**.

Dated: June 21, 2024                 /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE