Michael D. Prough (No. 168741)
mdp@proughlaw.com
Yas-Banoo Omidi (No. 254962)
yo@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA 94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Plaintiffs GOLDEN BEAR
MANAGEMENT CORPORATION and
DELTA ADJUSTING COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BEAR MANAGEMENT CORPORATION; DELTA ADJUSTING COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 50006700119,<br><br>　　　　　Defendant. | Case No.  2:22-cv-02097-JAM-DB<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

　　　Notice is hereby given that, subject to approval by the Court, Golden Bear Management Corporation and Delta Adjusting Company substitutes Michael D. Prough, State Bar No. 168741, and Yas-Banoo Omidi, State Bar No. 254962, as counsel of record in place of **Sondra Sylva of Phelps Dunbar LLP**.

　　　Contact Information for new counsel is as follows:

　　　Firm Name:　Prough Law, APC
　　　Address:　　1550 Parkside Dr. Ste. 200
　　　　　　　　　Walnut Creek, CA 954596

　　　Telephone:　(925) 433-5894　　Facsimile:　(925) 482-0929
　　　Email:　　　mdp@proughlaw.com
　　　　　　　　　yo@proughlaw.com

I consent to the above substitution:   /s/ Henry Su

Date:   June 14, 2024

Henry Su for Golden Bear Management and Corporation and Delta Adjusting Company
(Signature of Parties)

I consent to being substituted.   /s/ Sondra Sylva (as authorized on 6/13/2024)

Date:   June 13, 2024

Sondra Sylva (admitted phv)
(Signature of Former Attorney)

I consent to the above substitution.   /s/ Michael D. Prough

Date:   June 14, 2024

Michael D. Prough
(Signature of New Attorney)

I consent to the above substitution.   /s/ Yas-Banoo Omidi (as authorized on 6/14/2024)

Date:   June 14, 2024

Yas-Banoo Omidi
(Signature of New Attorney)

The substitution of attorney is hereby **APPROVED** and so **ORDERED**.

Dated: June 21, 2024   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE