Michael D. Prough (No. 168741)
mdp@proughlaw.com
Yas-Banoo Omidi (No. 254962)
yo@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA  94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Plaintiffs GOLDEN BEAR
MANAGEMENT CORPORATION and
DELTA ADJUSTING COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

GOLDEN BEAR MANAGEMENT
CORPORATION; DELTA ADJUSTING
COMPANY,

              Plaintiffs,

    v.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON, SUBSCRIBING TO POLICY NO.
50006700119,

              Defendant.

Case No.  2:22-cv-02097-JAM-DB

**STIPULATION AND ORDER TO
FURTHER EXTEND DISCOVERY
DEADLINE**

Plaintiffs Golden Bear Management Corporation and Delta Adjusting Company and Defendant Certain Underwriters at Lloyd's London, Subscribing to Policy No. 50006700119 submit the following stipulated order:

1.     Plaintiffs recently changed counsel of record in this matter when their original lead counsel changed law firms and, due to a conflict between the new law firm and Defendant, could not continue to represent Plaintiffs in this action. To permit Plaintiffs time to obtain new counsel, the Parties stipulated to and the Court ordered an extension of the discovery deadline from June 21, 2024 to July 26, 2024 to complete pending discovery, including various written discovery and three depositions. [*See* Dkt. #28 (Joint MD-Litigation Statement and Stipulation and Proposed Order for Extension of Discovery Deadline)].

2.     While the written discovery and one of the three depositions have been completed, two depositions remain to be completed. Those depositions were on track to be completed by July 26, 2024, but Plaintiffs' counsel of record in this case—both Michael D. Prough and Yas-Banoo Omidi—have become ill with Covid and require additional time to prepare for and be well enough to complete those pending depositions.

3.     Because the deadline to complete discovery is currently set for July 26, 2024, the Parties informed the Courtroom Deputy of this issue by email dated July 19, 2024 prior to filing anything with the Court, as directed by the Court's order dated July 12, 2023. [Dkt. 18]. The Parties have now agreed to further extend the deadline solely for the purpose of completion of the two pending depositions (Plaintiffs' deposition of Erin McCusker and Defendant's deposition of Eileen Jenkins) by 13 days, to August 8, 2024, and seek Court approval of that agreed-to extension. This is the second request to extend the deadline. No other case deadline is affected by this extension.

/ / /

/ / /

/ / /

1    **THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

2    The deadline for completing pending discovery, currently set for July 26, 2024, shall be

3    extended up to and including August 8, 2024.

4

5    Dated:  July 19, 2024                                      PROUGH LAW, APC

6

7                                                               By: */s/ Michael D. Prough*

8                                                               Michael D. Prough

9                                                               Attorneys for Plaintiffs GOLDEN BEAR
                                                                MANAGEMENT CORPORATION and
10                                                              DELTA ADJUSTING COMPANY

11   Dated:  July 19, 2024                                      LEHAVI STARGARDTER, LLP

12

13                                                              By: */s/ Limor Lehavi*
14                                                                 (as authorized on July 19, 2024)

15                                                              Limor Lehavi

16                                                              Attorneys for Defendant CERTAIN
                                                                UNDERWRITERS AT LLOYD'S
17                                                              LONDON

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO FURTHER EXTEND DISCOVERY DEADLINE
Case No.  2:22-cv-02097-JAM-DB

1
2

**ORDER**

3
4

Based on the stipulation of the parties and good cause appearing, the deadline for

5

completing pending discovery, currently set for July 26, 2024, shall be **EXTENDED** to **August**

6

**08, 2024**.

7

  Dated: July 23, 2024

8

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ

9

SENIOR UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4