UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BEAR MANAGEMENT CORPORATION AND DELTA ADJUSTING COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY No. 50006700119,<br><br>           Defendant. | No. 2:22-cv-02097-JAM-SCR<br><br>**ORDER DENYING PLAINTIFF'S AND DEFENDANT'S CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Before the Court are Golden Bear Management Corp.'s ("Plaintiff") and Certain Underwriters at Lloyd's London's ("Defendant") cross-motions for summary judgment. See Plaintiff's Mot., ECF No. 43; Defendant's Mot., ECF No. 48. The motions are fully briefed. See Plaintiff's Reply and Opp'n, ECF No. 54; Defendant's Reply, ECF No. 61. For the following reasons, the Court DENIES both motions in their entirety.[1]

In the cross motions for summary judgment, the parties submitted a total of 225 "Undisputed Facts" in support of their

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was scheduled for November 19, 2024.

1

cross-motions, not including Plaintiff's improperly submitted additional 37 facts. See Defendant's Response to Statement of Undisputed Facts, ECF No. 51; Plaintiff's Response to Statement of Undisputed Facts, ECF No. 55. Of these 225 facts, 94 are disputed in whole or in part by the parties. Many of these facts go to the core of each party's cross-motion. For example, the parties raise a genuine issue as to whether Plaintiff's settlement constituted a loss under the policy. See Defendant's Response to Statement of Undisputed Fact 13; Plaintiff's Response to Statement of Undisputed Fact 144. The parties further dispute whether Plaintiff put Defendant on notice of a potential claim within the policy period. See Defendant's Response to Statement of Undisputed Facts 37 and 38; Plaintiff's Response to Statement of Undisputed Fact 161. Finally, the parties present a genuine dispute as to whether Defendant needed to consent before Plaintiff settled. See Defendant's Response to Statement of Fact 19; Plaintiff's Response to Statement of Undisputed Facts 188 and 189. These are just a few examples of the many genuine disputes of material fact that remain in this case.

    Accordingly, the Court DENIES Plaintiff's and Defendant's cross-motions for summary judgment in their entirety.

    IT IS SO ORDERED.

Dated:  December 2, 2024

_____
JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE